# EXHIBIT A

Court of Common Pleas of Philadelphia County
Trial Division

# Civil Cover Sheet

| For Prothonotary Use Only (Docket Number) |
|---|
| **FEBRUARY 2026** |
| E-Filing Number: 2602004584 |

**00300**

| | |
|---|---|
| PLAINTIFF'S NAME<br>NEIL SHEEHAN | DEFENDANT'S NAME<br>COSTCO TRAVEL, INC. |
| PLAINTIFF'S ADDRESS<br>4 COPPLES LANE<br>WALLINGFORD PA 19086 | DEFENDANT'S ADDRESS<br>1605 N.W. SAMMAMISH ROAD SUITE 310<br>ISSAQUAH WA 98027 |
| PLAINTIFF'S NAME | DEFENDANT'S NAME<br>MARRIOTT INTERNATIONAL |
| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS<br>7750 WISCONSIN AVENUE<br>BETHESDA MD 20814 |
| PLAINTIFF'S NAME | DEFENDANT'S NAME<br>W HOTELS |
| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS<br>7750 WISCONSIN AVENUE<br>BETHESDA MD 20814 |

| TOTAL NUMBER OF PLAINTIFFS | TOTAL NUMBER OF DEFENDANTS | COMMENCEMENT OF ACTION |
|---|---|---|
| 1 | 10 | ☒ Complaint    ☐ Petition Action    ☐ Notice of Appeal<br>☐ Writ of Summons    ☐ Transfer From Other Jurisdictions |

| AMOUNT IN CONTROVERSY | COURT PROGRAMS | | | |
|---|---|---|---|---|
| ☐ $50,000.00 or less<br>☒ More than $50,000.00 | ☐ Arbitration<br>☒ Jury<br>☐ Non-Jury<br>☐ Other: | ☐ Mass Tort<br>☐ Savings Action<br>☐ Petition | ☐ Commerce<br>☐ Minor Court Appeal<br>☐ Statutory Appeals | ☐ Settlement<br>☐ Minors<br>☐ W/D/Survival |

CASE TYPE AND CODE

2S - PREMISES LIABILITY, SLIP/FALL

STATUTORY BASIS FOR CAUSE OF ACTION

| RELATED PENDING CASES (LIST BY CASE CAPTION AND DOCKET NUMBER) | FILED<br>PRO PROTHY<br>FEB 03 2026<br>L. BREWINGTON | IS CASE SUBJECT TO<br>COORDINATION ORDER?<br>YES    NO |
|---|---|---|

## TO THE PROTHONOTARY:

Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant: NEIL SHEEHAN

Papers may be served at the address set forth below.

| NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY<br>THOMAS F. SACCHETTA | ADDRESS<br>308 EAST SECOND STREET<br>MEDIA PA 19063 |
|---|---|
| PHONE NUMBER<br>(610)891-9212 | FAX NUMBER<br>(610)891-7190 | |
| SUPREME COURT IDENTIFICATION NO.<br>46834 | E-MAIL ADDRESS<br>tom@sbattorney.com |
| SIGNATURE OF FILING ATTORNEY OR PARTY<br>*THOMAS SACCHETTA* | DATE SUBMITTED<br>Tuesday, February 03, 2026, 10:11 am |

FINAL COPY (Approved by the Prothonotary Clerk)

**COMPLETE LIST OF DEFENDANTS:**

1. COSTCO TRAVEL, INC.
    1605 N.W. SAMMAMISH ROAD SUITE 310
    ISSAQUAH WA 98027
2. MARRIOTT INTERNATIONAL
    7750 WISCONSIN AVENUE
    BETHESDA MD 20814
3. W HOTELS
    7750 WISCONSIN AVENUE
    BETHESDA MD 20814
4. WESTIN HOTELS & RESORT
    10400 FERNWOOD ROAD
    BETHESDA MD 20817
5. W RESERVA CONCHAL
    10400 FERNWOOD ROAD
    BETHESDA MD 20817
6. COSTCO WHOLESALE CORPORATION
    999 LAKE DRIVE
    ISSAQUAH WA 98027
7. MARRIOTT INTERNATIONAL, INC.
    7750 WISCONSIN AVENUE
    BETHESDA MD 20814
8. JOHN DOE(S) I-V
    123 UNKNOWN
    UNKNOWN PA 12345
9. JOHN DOE(S) VI-X
    123 UNKNOWN
    UNKNOWN PA 12345
10. JOHN DOE(S) XI-XV
    123 UNKNOWN
    UNKNOWN PA 12345

THOMAS F. SACCHETTA, ESQUIRE
Attorney I.D. No. 46834
TYLER SACCHETTA, ESQUIRE
Attorney I.D. No. 325228
SACCHETTA & BALDINO
308 East Second Street
Media, PA 19063
(610) 891-9212



*This is not an arbitration matter. Jury trial by the*
*is demanded.  An assessment of damages Records*
*hearing is not required.* 03 FEB 2026 10:11 am

Attorney for plaintiff

NEIL SHEEHAN                        :    COURT OF COMMON PLEAS
4 Copples Lane,                     :    PHILADELPHIA COUNTY, PA
Wallingford, PA 19086              :    CIVIL ACTION - LAW
                    Plaintiff        :
                                     :
                                     :
        v.                           :
                                     :    NO. 260200300
COSTCO TRAVEL, INC.                 :
1605 N.W. Sammamish Road,           :
Suite 310                            :
Issaquah, WA 98027                  :
        and                          :
MARRIOTT INTERNATIONAL              :
7750 Wisconsin Avenue,              :
Bethesda, MD 20814                   :
        and                          :
W HOTELS                             :
7750 Wisconsin Avenue,              :
Bethesda, MD 20814                   :
        and                          :
WESTIN HOTELS & RESORT              :
10400 Fernwood Road,                :
Bethesda, MD 20817                   :
        and                          :
W RESERVA CONCHAL                   :
10400 Fernwood Road,                :
Bethesda, MD 20817                   :
        and                          :
COSTCO WHOLESALE CORPORATION :
999 Lake Drive,                      :
Issaquah, WA 98027                   :
        and                          :
MARRIOTT INTERNATIONAL, INC.        :
7750 Wisconsin Avenue,              :
Bethesda, Maryland, 20814            :
        and                          :
JOHN DOE(S) I-V                      :

Case ID: 260200300

being a fictitious designation pursuant to   :
Pa. R. Civ. P. 2005 for corporation(s) and/or :
entity(ies) who were in the care, custody,   :
and control of and/or responsible for   :
maintenance on the premises identified in   :
detail below on the date as outlined below,   :
and whose identity/identities is/are presently :
unknown to plaintiff   :
      and   :
JOHN DOE(S) VI-X   :
being a fictitious designation pursuant to   :
Pa. R. Civ. P. 2005 for corporation(s) and/or :
entity(ies) who were in the care, custody,   :
and control of and/or responsible for   :
maintenance of the premises being the   :
property manager(s) identified in detail   :
below on the date as outlined below, and   :
whose identity/identities is/are presently   :
unknown to plaintiff   :
      and   :
JOHN DOE(S) XI-XV   :
being a fictitious designation pursuant to   :
Pa. R. Civ. P. 2005 for corporation(s),   :
entity(ies), and/or individual(s) who were   :
in the care, custody, and control of the   :
premises being the property owner of the   :
premises identified in detail below on the   :
date as outlined below, and whose   :
identity/identities is/are presently unknown :
to plaintiff   :
                         Defendants   :

## NOTICE TO DEFEND

### NOTICE

You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.

**YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER, OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP.**

Philadelphia County Bar Association
Lawyers Referral and Information Service
1 Reading Center

Case ID: 260200300

Philadelphia, PA 19107
215-238-6333

**AVISO**

Le han demandado a usted en la corte. Si usted quiere defenderse de estas demandas expuestas on las paginas siguientes, usted tiene veinte (20) dias de plazo al partir de la fecha de la demanda y la notificacion. Hace falta asentar una compareencia escrita o en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su persona. Sea avisado que si usted no se defiende, la corte tomara medidas y puede continuar la demanda en contra suya sin previo aviso o notificacion. Ademas, la corte puede decidir a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda. Usted puede perder dinero o sus propiedades u otros derechos importantes para usted.

**LLEVE ESTA DEMANDA A UN ABOGADO IMMEDIATAMENTE. SI NO TIENE ABOGADO O SI NO TIENE EL DINERO SUFICIENTE DE PAGAR TAL SERVICIO, VAYA EN PERSONA O LLAME POR TELEFONO A LA OFICINA CUYA DIRECCION SE ENCUENTRA ESCRITA ABAJO PARA AVERIGUAR DONDE SE PUEDE CONSEGUIR ASISTENCIA LEGAL.**

Asociacion De Licenciados De Filadelfia
Servicio De Referencia E Informacion Lega
One Reading Center
Filadelfia,Pennsylvania 19107
Telef.: 215-238-6333

Case ID: 260200300

HOMAS F. SACCHETTA, ESQUIRE
Attorney I.D. No. 46834
TYLER SACCHETTA, ESQUIRE
Attorney I.D. No. 325228
SACCHETTA & BALDINO
308 East Second Street
Media, PA 19063
(610) 891-9212

*This is not an arbitration matter. Jury trial is demanded. An assessment of damages hearing is not required.*

Attorney for plaintiff

NEIL SHEEHAN                              :
4 Copples Lane,                           :
Wallingford, PA 19086                     :
                        Plaintiff          :
                                           :
        v.                                 :
                                           :
COSTCO TRAVEL, INC.                       :
1605 N.W. Sammamish Road,                 :
Suite 310                                  :
Issaquah, WA 98027                        :
        and                                :
MARRIOTT INTERNATIONAL                    :
7750 Wisconsin Avenue,                    :
Bethesda, MD 20814                        :
        and                                :
W HOTELS                                   :
7750 Wisconsin Avenue,                    :
Bethesda, MD 20814                        :
        and                                :
WESTIN HOTELS & RESORT                    :
10400 Fernwood Road,                      :
Bethesda, MD 20817                        :
        and                                :
W RESERVA CONCHAL                         :
10400 Fernwood Road,                      :
Bethesda, MD 20817                        :
        and                                :
COSTCO WHOLESALE CORPORATION :
999 Lake Drive,                           :
Issaquah, WA 98027                        :
        and                                :
MARRIOTT INTERNATIONAL, INC.             :
7750 Wisconsin Avenue,                    :
Bethesda, Maryland, 20814                 :
        and                                :
JOHN DOE(S) I-V                           :
being a fictitious designation pursuant to :

COURT OF COMMON PLEAS
PHILADELPHIA COUNTY, PA
CIVIL ACTION - LAW


NO.

Case ID: 260200300

Pa. R. Civ. P. 2005 for corporation(s) and/or :
entity(ies) who were in the care, custody,　　:
and control of and/or responsible for　　　:
maintenance on the premises identified in　:
detail below on the date as outlined below,　:
and whose identity/identities is/are presently :
unknown to plaintiff　　　　　　　　:
　　　　and　　　　　　　　　　　:
JOHN DOE(S) VI-X　　　　　　　　:
being a fictitious designation pursuant to　:
Pa. R. Civ. P. 2005 for corporation(s) and/or :
entity(ies) who were in the care, custody,　　:
and control of and/or responsible for　　　:
maintenance of the premises being the　　:
property manager(s) identified in detail　　:
below on the date as outlined below, and　:
whose identity/identities is/are presently　:
unknown to plaintiff　　　　　　　　:
　　　　and　　　　　　　　　　　:
JOHN DOE(S) XI-XV　　　　　　　:
being a fictitious designation pursuant to　:
Pa. R. Civ. P. 2005 for corporation(s),　　:
entity(ies), and/or individual(s) who were　:
in the care, custody, and control of the　　:
premises being the property owner of the　:
premises identified in detail below on the　:
date as outlined below, and whose　　　:
identity/identities is/are presently unknown :
to plaintiff　　　　　　　　　　　:
　　　　　　　　　　Defendants　:

## PLAINTIFF'S COMPLAINT

AND NOW, comes the plaintiff, Neil Sheehan, by and through her attorney, Thomas F.

Sacchetta, Esquire and Tyler Sacchetta, Esquire, and avers as follows:

1.　　　Plaintiff, Neil Sheehan, is an adult individual residing at 4 Copples Lane,

Wallingford, PA 19086.

2.　　　Defendant, Costco Travel, Inc., is, upon information and belief, a corporation,

partnership, sole proprietorship, unincorporated association or other legal entity existing under

the laws of the State of Washington with an address located at 1605 N.W. Sammamish Road,

Case ID: 260200300

Suite 310, Issaquah, WA 98027. Defendant, Costco Travel, Inc., regularly conducts business in Philadelphia County.

3. Defendant, Marriott International, is, upon information and belief, a corporation, partnership, sole proprietorship, unincorporated association or other legal entity existing under the laws of the State of Maryland with an address located at 7750 Wisconsin Avenue, Bethesda, MD 20814. Defendant, Marriott International, regularly conducts business in Philadelphia County.

4. Defendant, W Hotels, is, upon information and belief, a corporation, partnership, sole proprietorship, unincorporated association or other legal entity existing under the laws of the State of Maryland with an address located at 7750 Wisconsin Avenue, Bethesda, MD 20814. Defendant, W Hotels, regularly conducts business in Philadelphia County.

5. Defendant, Westin Hotels & Resort, is, upon information and belief, a corporation, partnership, sole proprietorship, incorporated association or other legal entity existing under the laws of the State of Maryland with an address located at 10400 Fernwood Road, Bethesda, MD 20817. Defendant, Westin Hotels & Resort, regularly conducts business in Philadelphia County.

6. Defendant, W Reserva Conchal, is upon information and belief, a corporation, partnership, sole proprietorship, incorporated association or other legal entity existing under the laws of the State of Maryland with an address located at 10400 Fernwood Road, Bethesda, MD 20817. Defendant, W Reserva Conchal, regularly conducts business in Philadelphia County.

7. Defendant, Costco Wholesale Corporation, is upon information and belief, a corporation, partnership, sole proprietorship, incorporated association or other legal entity existing under the laws of the State of Washington with an address located at 999 Lake Drive,

Case ID: 260200300

Issaquah, WA 98027. Defendant, Costco Wholesale Corporation, regularly conducts business in Philadelphia County.

8.     Defendant, Marriott International, Inc., is upon information and belief, a corporation, partnership. Sole proprietorship, incorporated association or other legal entity existing under the laws of the State of Maryland with an address located at 7750 Wisconsin Avenue, Bethesda, Maryland, 20814. Defendant, Marriott International, Inc., regularly conducts business in Philadelphia County.

9.     Defendants, John Doe I-V (fictitious name) is/are entity/entities that, through its employees, agents, workmen, and/or servants were in the care, custody and control of and/or responsible for maintenance and/or repairs on the premises identified in detail below on the date as outlined below, and whose identity/identities is/are presently unknown to plaintiff.

10.     Defendants, John Doe VI-X (fictitious name) is/are entity/entities that, through it's employees, agents, workmen, and/or servants were in the care, custody and control of and/or responsible for maintenance of the premises being the property manager(s) identified in detail below on the date as outlined below, and whose identity/identities is/are presently unknown to plaintiff.

11.     Defendants, John Doe XI-XV (fictitious name) is/are entity/entities/individual(s) that, through its employees, agents, workmen, and/or servants, were in the care, custody, and control of the premises being the property owner of the premises identified in detail below on the date as outlined below, and whose identity/identities is/are presently unknown to plaintiff.

12.     Defendants, John Doe I-V's identity, after reasonable investigation, is/are currently unknown.

13.     Defendants, John Doe VI-X's identity, after reasonable investigation, is/are currently unknown.

Case ID: 260200300

14. Defendants, John Doe XI-XV's identity, after reasonable investigation, is/are currently unknown.

15. The facts and occurrences herein stated took place on November 8, 2024, at or about 96X4+94R Playa Conchal, Provincia de Guanacaste, Cabo Velas District, CR 50308.

16. At all times relevant hereto, defendants, Costco Travel Inc., Marriott International, W Hotels, Westin Hotels & Resort, W Reserva Conchal, Costco Wholesale Corporation, Marriott International, Inc.,  John Doe I-V, John Doe VI-X, and/or John Doe XI-XV, were in the exclusive possession, management and control of the premises located at or about 96X4+94R Playa Conchal, Provincia de Guanacaste, Cabo Velas District, CR 50308

17. At all times relevant hereto, defendants, Costco travel Inc., Marriott International, W Hotels, Westin Hotels & Resort, W Reserva Conchal, Costco Wholesale Corporation, Marriott International, Inc., John Doe I-V, John Doe VI-X, and/or John Doe XI-XV, were responsible for maintenance and repairs of the premises located at or about 96X4+94R Playa Conchal, Provincia de Guanacaste, Cabo Velas District, CR 50308.

18. On or about November 8, 2024, plaintiff was lawfully on the aforesaid premises he was caused to suffer injuries as a result of a defective condition, i.e., defective and improperly maintained premises/sidewalk caused to be present as a result of defendants' improper maintenance, repairs and/or construction of the facility causing an unreasonably dangerous condition to exist.

19. Defendants are jointly and severally responsible for plaintiff's injuries.

### COUNT I - NEGLIGENCE

### Plaintiff v. All Defendants

20. Plaintiff incorporates by reference all preceding paragraphs of this Complaint as though fully set forth at length.

Case ID: 260200300

21.    The accident was caused exclusively and solely by the defendants' negligence, in that:

(a)    Defendants caused or permitted dangerous conditions to exist;

(b)    Defendants failed to make a reasonable inspection of the premises, which would have revealed the dangerous condition created by the defendant;

(c)    Defendants failed to give warning of the dangerous condition and failed to erect barricades or to take any other precautions to prevent injury to the plaintiff;

(d)    Defendants failed to remove the defective condition;

(e)    Defendants failed to exercise reasonable prudence and due care to keep the premises in a safe condition for the plaintiff; and

(f)    Defendants was otherwise negligent under the circumstances.

22.    Defendants through their employees, servants and agents, either had actual notice of the unsafe and dangerous condition of the premises and sufficient time to correct the dangerous situation, or the condition existed for so long a period of time prior to the occurrence that defendants, in the exercise of due care, could and should have known of the unsafe and dangerous condition of the premises.

23.    Solely as a result of the negligence of defendants, plaintiff was caused to suffer various physical injuries, including, but not limited to, injuries to the lower extremities, back, and having a right pilon fracture, right tibia fracture, and right ankle ligament tears.

24.    As a direct result of the aforesaid injury, plaintiff suffered severe shock to his nervous system, great physical pain, and mental anguish, all of which may continue for an indefinite period of time into the future.

Case ID: 260200300

25.    Plaintiff has been compelled to expend and will be required to expend various sums of money for medication and medical attention in attempting to remedy the aforementioned injuries.

26.    As a result of his injuries, plaintiff has and may in the future continue to incur unreimbursed wage loss and medical expenses.

27.    As a result of his injuries, plaintiff may have suffered a permanent disability and permanent impairment of his earning power and capacity.

28.    As a direct result of the injury, plaintiff has been prevented from attending to his usual duties and obligations and believes that he may be prevented from so doing in the future, as his injuries seem to be permanent in nature.

29.    As a result of his injuries, plaintiff has in the past suffered and may in the future suffer permanent diminution in his ability to enjoy life and life's pleasures.

WHEREFORE, plaintiff demands judgment against defendants, jointly and severally, in an amount in excess of Fifty Thousand ($50,000.00) Dollars and in excess of the arbitration limit of this court.

**SACCHETTA & BALDINO**

By:    /s/ Thomas F. Sacchetta
THOMAS F. SACCHETTA, ESQUIRE
Attorney for plaintiff

## VERIFICATION

I hereby verify that the attached statements made in the foregoing documents are true and correct to the best of my knowledge, information and belief. The undersigned understands that false statements herein are made subject to the penalties of 18 Pa. C.S.A. §4904, relating to unsworn falsification to authorities.