10/2024

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**DESIGNATION FORM**

Place of Accident, Incident, or Transaction: Philadelphia County _____

---

***RELATED CASE IF ANY:***  Case Number: 260200300 _____  Judge: _____

1. Does this case involve property included in an earlier numbered suit?  Yes [X]

2. Does this case involve a transaction or occurrence which was the subject of an earlier numbered suit?  Yes [ ]

3. Does this case involve the validity or infringement of a patent which was the subject of an earlier numbered suit?  Yes [ ]

4. Is this case a second or successive habeas corpus petition, social security appeal, or pro se case filed by the same individual?  Yes [ ]

5. Is this case related to an earlier numbered suit even though none of the above categories apply?  Yes [ ]
   If yes, attach an explanation.

I certify that, to the best of my knowledge and belief, the within case [X] **is** / [ ] **is not** related to any pending or previously terminated action in this court.   Case was mistakenly opened as a new matter

---

**Civil Litigation Categories**

*A.*  *Federal Question Cases:*

[ ] 1. Indemnity Contract, Marine Contract, and All Other Contracts)
[ ] 2. FELA
[ ] 3. Jones Act-Personal Injury
[ ] 4. Antitrust
[ ] 5. Wage and Hour Class Action/Collective Action
[ ] 6. Patent
[ ] 7. Copyright/Trademark
[ ] 8. Employment
[ ] 9. Labor-Management Relations
[ ] 10. Civil Rights
[ ] 11. Habeas Corpus
[ ] 12. Securities Cases
[ ] 13. Social Security Review Cases
[ ] 14. Qui Tam Cases
[ ] 15. Cases Seeking Systemic Relief  **\*see certification below\***
[ ] 16. All Other Federal Question Cases. *(Please specify)*:_____

*B.*  *Diversity Jurisdiction Cases:*

[ ] 1. Insurance Contract and Other Contracts
[ ] 2. Airplane Personal Injury
[ ] 3. Assault, Defamation
[ ] 4. Marine Personal Injury
[ ] 5. Motor Vehicle Personal Injury
[X] 6. Other Personal Injury (*Please specify*): Slip & Fall _____
[ ] 7. Products Liability
[ ] 8. All Other Diversity Cases:  *(Please specify)*_____
_____

I certify that, to the best of my knowledge and belief, that the remedy sought in this case [X] **does** / [ ] **does not** have implications beyond the parties before the court and [ ] **does** / [X] **does not** seek to bar or mandate statewide or nationwide enforcement of a state or federal law including a rule, regulation, policy, or order of the executive branch or a state or federal agency, whether by declaratory judgment and/or any form of injunctive relief.

---

**ARBITRATION CERTIFICATION (CHECK ONLY ONE BOX BELOW)**

I certify that, to the best of my knowledge and belief:

[X]  Pursuant to Local Civil Rule 53.2(3), this case is not eligible for arbitration either because (1) it seeks relief other than money damages; (2) the money damages sought are in excess of $150,000 exclusive of interest and costs; (3) it is a social security case, includes a prisoner as a party, or alleges a violation of a right secured by the U.S. Constitution, or (4) jurisdiction is based in whole or in part on 28 U.S.C. § 1343.

[ ]  None of the restrictions in Local Civil Rule 53.2 apply and this case is eligible for arbitration.

NOTE: A trial de novo will be by jury only if there has been compliance with F.R.C.P. 38.