**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **NEIL SHEEHAN** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **COSTCO TRAVEL, INC., MARRIOTT** | : | |
| **INTERNATIONAL, W HOTELS, WESTIN** | : | |
| **HOTELS & RESORT, W RESERVA** | : | |
| **CONCHAL, COSTCO WHOLESALE** | : | |
| **CORPORATION, MARRIOTT** | : | |
| **INTERNATIONAL, INC., JOHN DOE(S)** | : | |
| **I-V, JOHN DOE(S) VI-X, and JOHN** | : | |
| **DOE(S) XI-VI** | : | **NO. 26-1109** |

## <u>ORDER</u>

**NOW**, this 14th day of May, 2026, upon consideration of plaintiff Neil Sheehan's

Motion to Remand to the Philadelphia County Court of Common Pleas Pursuant to 28

U.S. Code §1446(b) (Doc. No. 12) and the defendants' response, it is **ORDERED** that

this action is **REMANDED** to the state court from which it was removed.

<u>/s/ Timothy J. Savage</u>